UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL C. DESUE,

    Petitioner,

v.                                          CASE NO. 5:19cv237-MCR-HTC

STATE OF FLORIDA, SECRETARY
MR. MARK INCH OF THE
DEPARTMENT OF CORRECTIONS,
RECORDS CUSTODIAN
LINDA SANTANA,

    Respondents.
_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 9, 2019. ECF No. 10. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 10, is adopted and incorporated by reference in this Order.

2. The filing at ECF No. 9 is **DISMISSED** as a second or successive habeas corpus application filed without first obtaining an order from the Eleventh Circuit authorizing the district court to consider it.

3. A certificate of appealability is **DENIED**.

4 The Clerk is directed to close the file.

**DONE AND ORDERED** this 8th day of October 2019.

                     *s/ M. Casey Rodgers*
                     **M. CASEY RODGERS**
                     **UNITED STATES DISTRICT JUDGE**